# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIAM RUEBART, et al.,<br><br>        Defendants. | Case No. 3:22-cv-00400-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Kentrell D. Welch, *pro se*, and Defendants, Michael Adams, Tasheena Cooke, Charles Daniels, David Drummond, Daniel Esquivel, Aaron Ford, Macelen Kleer, Michael McArdle, Justin Milke, Jacob Parr, William Reubart and Corey Rowley, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leo T. Hendges, Senior Deputy Attorney General, based upon a Settlement Agreement between the parties, that the above-captioned action should be

///

///

dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 29th day of March, 2024.    DATED this 29th day of March, 2024

AARON D. FORD
Attorney General

KENTRELL D. WELCH
Plaintiff, *Pro Se*

By: /s/ Leo T. Hendges
   LEO T. HENDGES, Bar No. 16034
   Senior Deputy Attorney General
   *Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____April 12, 2024_____